UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JUSTIN RYAN KEAGHEY | CIVIL ACTION |
| VERSUS | NO: 19-12713 |
| HOUMA POLICE DEPARTMENT, ET AL. | SECTION: "A" (5) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of United States Magistrate Judge North, and the Plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of United States Magistrate Judge North and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the Plaintiff Justin Keaghey's 42 U.S.C. § 1983 claims against the Defendants are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

November 12, 2019

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE